EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 69 |
| | |
| Designación Miembro de la Comisión de Evaluación Judicial | 202 DPR ____ |

Número del Caso:  EN-2019-1

Fecha: 12 de abril de 2019

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación Miembro de la             EN-2019-1
Comisión de Evaluación
Judicial

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de abril de 2019.

En virtud de las Reglas 4(A) y 19(B) del *Reglamento para la Evaluación de Jueces y Juezas del Tribunal de Primera Instancia* (Reglamento, 199 DPR 904 (2018), según enmendadas, se nombra al Lcdo. Néstor S. Aponte Hernández, quien fungió como Juez del Tribunal de Apelaciones por espacio de 10 años, como Miembro de la Comisión de Evaluación Judicial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo